UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Anthony R. Mautone

v. : Magistrate No. 19-9261

LOREN E. WILD HORSE : ORDER FOR DISMISSAL

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismiss Violation No. 6599327, against defendant Loren E. Wild Horse, which were filed on August 12, 2019 charging him with Possession of a Firearm in a Federal Facility, for the reason that prosecution of defendant Loren E. Wild Horse is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Loren E. Wild Horse of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
~~Craig Carpenito~~ Matthew D. Nafe
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 12/19/19